UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ROBERT POOLER (#234804)

VERSUS

JAMES M. LEBLANC, ET AL

CIVIL ACTION

NO. 09-293-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 8, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's action will be dismissed as legally frivolous within the meaning of 28 U.S.C. § 1915(e).

Baton Rouge, Louisiana, July 21, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA